RICHARD H. DICKINSON *v.* JOHN GOODIN and another.

APPEAL from the Commercial Court of New Orleans, *Watts,* J.
*Eustis,* for the plaintiff.
*R. N. Ogden,* and *A. N. Ogden,* for the appellants.

MARTIN, J.   The defendants are appellants from a judgment
against them, as acceptor and drawer of a bill of exchange.
They pleaded the general issue.   Freeman, the drawer, added,
that he had been employed by the plaintiff, Dabney, and Temple-
man to sell several slaves as their agent ; that he sold one of them,
Bartlett, to Hopkins, who insisted on Freeman giving a title in
his, Freeman's, name ; that by the directions of the owners of the
slave, the price of Bartlett was to be paid to the plaintiff, and that
accordingly he, Freeman, gave him a note which he had received
from Hopkins, which the plaintiff took as collateral security ;
and that the bill now sued upon was afterwards given to him on
his assurance that the payment of the note he had received as
collateral security, should discharge the bill ; that, in the expec-
tation that Hopkins would pay the note, the plaintiff returned it
to him, Freeman : that Bartlett having died of a redhibitory dis-
ease, existing at the time of the sale, Hopkins refused to pay the
note ; and, that he, Freeman, is thereby discharged from any ob-
ligation as drawer of the bill, to the plaintiff.

The conscience of the plaintiff was probed by interrogatories,
and he absolutely denied his having had any interest, or property,
in the slave Bartlett, and his having been sold by his directions.
The denial was not disproved, so that the defence of Freeman is
totally unsupported.   The plaintiff made out the rest of his case.

*Judgment affirmed.*